JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS G. HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>KEVIN CHAPPELL, Warden,<br><br>California State Prison at San Quentin,<br><br>　　　　Respondent | Case No.: CV 13-5396 VAP<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Denying and Dismissing Petitioner for Writ of Habeas Corpus dated February 2, 2015, the PETITION FOR WRIT OF HABEAS CORPUS is DENIED and DISMISSED without prejudice to Petitioner bring these claims after the complete exhaustion of his state court remedies pursuant to 28 U.S.C. § 2254.

**IT IS SO ORDERED**.

Dated this 2d day of February 2015

　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Judgment - 1